COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kristen Pullen v. Jarvis Richardson and Office of the Attorney General of Texas

Appellate case number:   01-17-00701-CV

Trial court case number: 2015-21621

Trial court:             246th District Court of Harris County

On July 10, and July 11, 2018, appellant, Kristin Pullen, filed correspondence with the Clerk of this Court, which we construe as a motion for an extension of time to file her appellant's brief. *See* TEX. R. APP. P. 9.2(c)(5). The motion is **granted**. **Appellant's brief is due to be filed no later than 10 days from the date of this order. No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: July 24, 2018